IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM N. HARDMAN,

Appellant,

v.

BEACH COMMUNITY BANK,
ROBNAT HOLDINGS, INC., a
Florida for profit corporation,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1598

Opinion filed August 19, 2014.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

Dana C. Matthews & Robert A. Goodwin, III of Matthews & Jones, LLP, Destin,
for Appellant.

Robert J. Powell & Kenneth B. Bell of Clark, Partington, Hart, Larry, Bond &
Stackhouse, Pensacola, for Appellee.

PER CURIAM.

    AFFIRMED.

VAN NORTWICK, WETHERELL, and MAKAR, JJ., CONCUR.